## DeGARMO JONES FOR THE USE OF WILLIAM LATTIMORE
### *versus* GABRIEL RICHARD

PAPERS IN FILE (1820): (1) Transcript of records of county court; (2) draft of certiorari.

## JOSIAH DOW *versus* JOHN S. ROBY

PAPERS IN FILE (1820): (1) Precipe for capias; (2) capias.
*Case 73 of 1820.*

## UNITED STATES *versus* ONE PIECE OF YELLOW FLANNEL

. . . . . . . . . . . . . . . . . . .

PAPERS IN FILE (1820): (1) Marshal's return of sale.

## UNITED STATES *versus* EIGHT BARRELS OF CIDER

PAPERS IN FILE (1821): (1) Precipe for subpoena.